### DONEHOO v. STANDIFER et al.

RUSSELL, Chief Justice. Under the facts alleged, this case is controlled by the decisions in *Wallace* v. *Wallace,* 142 *Ga.* 408 (2) (83 S. E. 113), *Brown* v. *Parks,* 169 *Ga.* 712 (151 S. E. 340, 71 A. L. R. 271), and *Jackson* v. *Jackson,* 179 *Ga.* 696 (177 S. E. 591), and is distinguished from *Walker* v. *Hall,* 176 *Ga.* 12 (166 S. E. 757), in which there were no sufficient allegations of fraud upon the court of ordinary. The court erred in sustaining the general demurrer and in dismissing the petition.

*Judgment reversed. All the Justices concur.*

No. 10239. JANUARY 19, 1935. REHEARING DENIED FEBRUARY 20, 1935.

*McElreath & Scott* and *George H. Perry,* for plaintiff.
*Lowrey Stone* and *James W. Harris,* for defendants.